## Bergdoll v. Pitts, Appellant (No. 3).

Argued Oct. 8, 1909. Appeal, No. 84, Oct. T., 1909, by defendant, from order of C. P. No. 4, Phila. Co., Dec. T., 1908, No. 5,411, making absolute rule for judgment for want of a sufficient affidavit of defense in case of Louis J. Bergdoll, Guardian of Elizabeth B. Bergdoll, v. Lillie H. Pitts. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

OPINION BY PORTER, J., December 13, 1909:

This record presents only the same questions which were considered in the appeal of this defendant, in the case of Charles A. Bergdoll, guardian, v. Lillie H. Pitts, in which an opinion has this day been filed, ante, p. 257. The specifications of error are overruled for the reasons stated in that opinion.

The judgment is affirmed and the appeal dismissed.

HENDERSON and MORRISON, JJ., dissent.